ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL (VI)

| PEARSON PEM PR, INC.  Recurrente  V.  DEPARTAMENTO DE EDUCACIÓN DE PR  Recurrido | KLRA202400016 | *Revisión Administrativa* procedente del Departamento de Educación de  Número Adjudicación:  RFP DEPR-UAF-22-010  Sobre: Errores en la Adjudicación de RFP |
|---|---|---|

Panel integrado por su presidenta, la Jueza Ortiz Flores, el Juez Rivera Torres y la Jueza Rivera Pérez

Rivera Pérez, Jueza Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 7 de marzo de 2024.

Examinado el *Aviso de Desistimiento de Solicitud de Revisión Judicial,* presentado por Pearson PEM PR, Inc. el 5 de marzo de 2024, el Tribunal dispone:

Ha Lugar. En consecuencia, se ordena el cierre y archivo del recurso del presente caso de conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones[1].

Lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] 4 LPRA Ap. XXII-B, R. 83(A).

Número Identificador

SEN2024_____